1  Michael E. Murphy, Esq. (Bar #174408)
   Ralph F. Popelar, Jr., Esq. (Bar #112547)
2  Case A. Colaw, Esq. (Bar #277925)
   SIMS LAW FIRM, LLP
3  19762 MacArthur Boulevard, Suite 350
   Irvine, California 92612
4  (949) 253-7900
   (949) 253-7930  - FAX
5
   Attorneys for Defendant NATIONAL RAILROAD PASSENGER
6  CORPORATION service mark AMTRAK

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 FRANCES RICHARD, an individual,   ) Case No.: 2:15-cv-05536-CAS-AJW
                                     )
12           Plaintiff,              )
                                     ) **ORDER GRANTING**
13 v.                                ) **STIPULATION TO DISMISS**
                                     ) **ENTIRE ACTION WITH**
14 NATIONAL RAILROAD PASSENGER       ) **PREJUDICE**
   CORPORATION d.b.a AMTRAK and      )
15 DOES 1 to 100,                    ) Complaint Filed:  April 3, 2015
                                     ) Date Removed:     July 22, 2015
16           Defendants.             ) Trial Date: None:  None
                                     )
17 _____   )

18       THE COURT, having reviewed and approved the Stipulation to Dismiss

19 Entire Action with Prejudice by and Between Plaintiff FRANCES RICHARD and

20 Defendant NATIONAL RAILROAD PASSENGER CORPORATION, hereby

21 orders as follows:

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

---
1
**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

1    IT IS ORDERED THAT the Stipulation to dismiss between Plaintiff
2    FRANCES RICHARD and Defendant NATIONAL RAILROAD PASSENGER
3    CORPORATION is approved and the action is hereby dismissed with prejudice.
4    IT IS SO ORDERED.

5

6    DATED: October 8, 2015        _____
7                                        Honorable Christina A. Snyder
                                       United States District Court Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**